AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JAN 24 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BENNIE WILLIAM ARMSTRONG | |

Case No.  4:09cr00001-01  JMM
USM No.  24780-009

Dale E. Adams
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime | 08/18/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9042

Defendant's Year of Birth:  1952

City and State of Defendant's Residence:
Little Rock, Arkansas

01/24/2011
Date of Imposition of Judgment

_James M. Moody_ (signature)
Signature of Judge

James M. Moody                    US District Judge
Name and Title of Judge

01/24/2011
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: BENNIE WILLIAM ARMSTRONG
CASE NUMBER: 4:09cr00001-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**ONE (1) YEAR AND ONE (1) DAY**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The defendant shall serve his term of imprisonment at Forrest City, Arkansas.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☑ before 2 p.m. on  02/22/2011  .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL